MOTION GRANTED

*Kevin H. Sharp*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:13-00002 |
| | ) | JUDGE SHARP |
| | ) | |
| SCOTT E. ROUSE | ) | |

## MOTION TO EXTEND TIME FOR FILING SUPPRESSION MOTIONS

Through counsel, defendant Rouse moves to extend the time for filing any suppression motions until June 19, 2013. This matter currently is set for trial on July 9, 2013.

Mr. Rouse faces a very high advisory sentencing range and a mandatory minimum penalty of fifteen years in this case. Defense counsel is still reviewing the discovery and legal issues in this case, and has not yet determined whether any suppression motions should be filed. Defense counsel needs to discuss these issues further with Mr. Rouse as well, so that he can make a knowing and intelligent decision as to how he wishes to proceed. For these reasons, the defendant moves to extend the deadline for filing any suppression motions to June 19, 2013.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047